David J. Kaminski (SBN 128509)
kaminskid@cmtlaw.com
Stephen A. Watkins (SBN 205175)
watkinss@cmtlaw.com
CARLSON & MESSER LLP
5901 W. Century Blvd., Suite 1200
Los Angeles, CA 90045
Telephone: (310) 242-2200
Facsimile: (310) 242-2222

Attorneys for Defendant,
LIFESTYLE DESIGN INTERNATIONAL, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROHAN SHEPHERD, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>LIFESTYLE DESIGN INTERNATIONAL, LLC; ULTIMATELAPTOPLIFESTYLE.COM<br>Defendants | Case No.: 4:20-cv-06891-YGR<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>**January 4, 2021**<br>**2:00 p.m.**<br>**Via Zoom** |

Pursuant to Local Rule 16-9, and this Court's Order Setting Case Management Conference (Dkt. 3) Plaintiff ROHAN SHEPHERD and Defendant LIFESTYLE DESIGN INTERNATIONAL, LLC ("Lifestyle") (collectively, the "Parties") submit this Joint Case Management Statement in advance of the January 4, 2020 Initial Case Management Conference to be held at 2:00 p.m. via Zoom.

## 1.    JURISDICTION AND SERVICE

**Plaintiff:**

This Court has federal subject matter jurisdiction over Plaintiff's claims under 28 U.S.C

{00108827;1}

§ 1331, as this action arises under the Telephone Consumer Protection Act, 47 U.S.C. § 227, ("TCPA") which is a federal statute.

**Defendant Lifestyle**:

Lifestyle had nothing to the do with the calls at issue and therefore personal jurisdiction is improper.  Ultimatelaptoplifestyle.com is simply a website previously operated by Lifestyle and is not a separate company.

**2.    FACTS**

**Plaintiff:**

On or about April 2020, Plaintiff received a spam text message soliciting services which included hyperlinks. Those hyperlinks related to Defendant and its services. Plaintiff had no relationship with Defendant and the text messages are indicative of a SMS blasting platform which qualifies as an ATDS under the TCPA.  Plaintiff brings this action on behalf of himself and all other similarly situated individuals who received such robotexts.

**Defendant Lifestyle**:

Lifestyle had nothing to the do with the texts at issue.

**3.    LEGAL ISSUES**

a)  Whether the calls violated the TCPA under 47 U.S.C. § 227(b)(1)(A)(iii).

b)  Whether the violations were knowing and/or willful under 47 U.S.C. § 227(b)(3)(C).

c)  Whether Plaintiff is entitled to up to treble damages based on the knowing or willfulness of Defendants' conduct under 47 U.S.C. § 227(b)(3)(C).

d)  Whether Plaintiff's class satisfies Rule 23.

e)  Whether Lifestyle called Plaintiff with an automatic telephone dialing system.

**4.    MOTIONS**

{00108827;1}

There are no prior or pending motions at this time.  Lifestyle intends to file a motion for a motion for summary judgment.  Lifestyle may file a motion to stay this matter pending the Supreme Court's decision in *Facebook, Inc. v. Duguid*, No. 19-511, regarding the definition of a automatic telephone dialing system ("ATDS") under the TCPA.  Plaintiff intends to file a Motion for Class Certification on the dates set forth below.

**5.    AMENDMENTS**

**Plaintiff:**

Plaintiff does not contemplate amending his pleading at this time.

**Defendant Lifestyle**:

Lifestyle does not contemplate amending its pleadings at this time.

**6.    EVIDENCE PRESERVATION**

The Parties have reviewed the Guidelines Relating to the Discovery of Electronically Stored Information. Counsel for the Parties have instructed their clients to preserve all evidence that can reasonably be deemed relevant to this action. The Parties have been instructed to not destroy or delete any relevant documentary evidence including e-mails and electronic data.

**7.    DISCLOSURES**

The Parties will complete Rule 26 initial disclosures by December 31, 2020.

**8.    DISCOVERY**

Plaintiff plans to serve discovery regarding the equipment used by Lifestyle in placing calls, Defendant's call logs and records of consent. Plaintiff anticipates the need for electronic, written, and oral discovery.  Plaintiff does not anticipate a need for an expert witness.

Lifestyle will propound discovery relating to Plaintiff's call records and his claimed damages.  Lifestyle also intends to take Plaintiff's deposition.

{00108827;1}

JOINT CASE MANAGEMENT STATEMENT
Case No: 4:20-cv-06891-YGR

The Parties do not request any other limitations on or modifications to the requirements of Rule 26 or the applicable discovery rules.

**9.    CLASS ACTION**

Plaintiff intends to move for class certification after approximately six (6) months of discovery and has set forth proposed dates below.  Counsel of Record have reviewed the Procedural Guidance for Class Action Settlements.

**10.    RELATED CASES**

There are no related cases or proceedings pending before this Court or any other court or administrative body.

**11.    RELIEF**

**Plaintiff:**

Plaintiff seeks $500 per negligent violation and $1,500 per willful or wanton violation of the TCPA on behalf of himself and all others similarly situated.  The amount of damages is difficult to calculate at this time without class discovery.

**Defendant Lifestyle**:

Lifestyle is not seeking damages in this action.

**12.    SETTLEMENT AND ADR**

The Parties have not discussed settlement.  The parties suggest at least four months of discovery prior to a settlement conference before the court-sponsored mediator.

**13.    CONSENT TO MAGISTRATE JUDGE FOR ALL PURPOSES**

Although the Parties are aware of the benefits of consenting to the jurisdiction of a magistrate judge, there is not unanimous consent at this time.

**14.    OTHER REFERENCES**

{00108827;1}

This case is not suitable for reference to binding arbitration, a special master, or the Judicial Panel on Multidistrict Litigation

**15.     NARROWING OF ISSUES**

The Parties believe that it is too early to narrow any of the legal issues in this action.

**16.     EXPEDITED TRIAL PROCEDURE**

The Parties do not believe this case is appropriate for handling on an expedited basis with streamlined procedures.

**17.     SCHEDULING**

|  |  | **Parties Proposed Dates** |
|---|---|---|
| **Deadline to amend pleadings** |  | March 15, 2021 |
| **Expert reports due** |  | June 11, 2021 |
| **Rebuttal expert reports due** |  | July 9, 2021 |
| **Deadline to file motion for class certification** |  | July 30, 2021 |
| **Opposition to motion for class certification due** |  | August 27, 2021 |
| **Reply in support of motion for class certification** |  | September 17, 2021 |
| **Discovery cut-off** |  | October 15, 2021 |
| **Dispositive Motion deadline** |  | November 12, 2021 |

{00108827;1}

JOINT CASE MANAGEMENT STATEMENT
Case No: 4:20-cv-06891-YGR

|  |  | Parties Proposed Dates |
|---|---|---|
| **Pretrial conference** |  | January 10, 2022 |
| **Trial** |  | January 24, 2022 |

**18.   TRIAL**

Plaintiff has demanded a jury trial.  The parties estimate 3-5 days for trial.

**19.   DISCLOSURE OF NON-PARTY INTERESTED ENTITIES OR PERSONS**

Plaintiff confirms that there are no other interested parties.  Lifestyle filed its disclosure

of interested persons on December 14 2020 (Dkt. 12).

**20.   PROFESSIONAL CONDUCT**

All attorneys of record have reviewed the Guidelines for Professional Conduct for the

Northern District of California.


DATED: December 28, 2020         Respectfully submitted,

                                 LAW OFFICES OF TODD M. FRIEDMAN, P.C.


                                 By:   /s/ Todd M. Friedman
                                 Todd Friedman
                                 Adrian Bacon
                                 *Attorneys for Plaintiff*


DATED: December 28, 2020         Respectfully submitted,

                                 CARLSON & MESSER LLP

                                 By:  /s/ David J. Kaminski
                                 David J. Kaminski
                                 Stephen A. Watkins.
                                 Carlson & Messer LLP

{00108827;1}

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

5901 W. Century Blvd. #1200
Los Angeles, CA 90045
Tel: (310)242-2200
Fax: (310) 242-2222
*Attorneys for Defendant*
LIFESTYLE DESIGN INTERNATIONAL, LLC

{00108827;1}

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained counsel's authorization to affix counsel's electronic signature to this document.

Dated: December 28, 2020   **LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By:  s/Todd M. Friedman
                    **TODD M. FRIEDMAN, ESQ.**
                    **Attorney for Plaintiff**

Filed electronically on this 28th Day of December, 2020, with:

United States District Court CM/ECF system.

Notification sent electronically on this 28th Day of December, 2020, to:

Honorable Yvette G. Rogers
United States District Court
Northern District of California

And All Counsel of Record as Recorded On The Electronic Service List


/s/ Todd M. Friedman, Esq.

TODD M. FRIEDMAN